

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00125-CV

| | | |
|---|---|---|
| James Daniel Roberts and Sheryl A. Gross | § | From the 271st District Court |
| | § | of Wise County (CV15-08-554) |
| v. | § | August 9, 2018 |
| Linda Ratliff, Robert Ratliff, and Leonard Ratliff | § | Opinion by Justice Birdwell |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell